**Affirmed and Memorandum Opinion filed August 15, 2024**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-23-00835-CR

---

**ANTHONY NEAL LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause No. 23DCR0528**

---

### MEMORANDUM OPINION

Appellant appeals his conviction for failure to comply with sex offender registration requirements. *See* Tex. Code Crim. Proc. Ann. art. 62.102(a). Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). On June 26, 2024, appellant filed a letter in response to counsel's brief.

We have carefully reviewed the record, counsel's brief, and appellant's letter. We agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

The judgment of the trial court is affirmed.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.
Do Not Publish — Tex. R. App. P. 47.2(b).